JUDGE KEENAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CIV 9360**

Case No. _____

SUNNY COMPANY

-v-

SHAW CREATIONS INC.

**Rule 7.1 Statement**

OCT 18 2007

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

SUNNY COMPANY _____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:** 10/18/2007 _____

_____
Signature of Attorney

**Attorney Bar Code:** BD2494 _____

Form Rule7_1.pdf SDNY Web 10/2007