Ronald J. Wronko (RW1859)
RONALD J. WRONKO, LLC
96 Park Street
Montclair, New Jersey 07042
(973) 509-0050
Attorneys for defendant
Shaw Creations, Inc.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUNNY COMPANY, | Civil Action No. 07 Civ. 9360 |
| Plaintiff, | CIVIL ACTION |
| v. | **Rule 7.1 Statement** |
| SHAW CREATIONS, INC., | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: N/A

Dated:     Montclair, New Jersey
           December 4, 2007
                   RONALD J. WRONKO, LLC
                   By: /s/ Ronald J. Wronko_____
                       Ronald J. Wronko (RW-1859)
                       RONALD J. WRONKO, LLC
                       96 Park Street
                       Montclair, NJ 07042
                       (973) 509-0050
                       Attorney for Defendant