Ronald J. Wronko (RW1859)
RONALD J. WRONKO, LLC
96 Park Street
Montclair, New Jersey 07042
(973) 509-0050
Attorneys for defendant
Shaw Creations, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUNNY COMPANY, | Civil Action No. 07 Civ. 9360 |
| Plaintiff, | CIVIL ACTION |
| v. | STIPULATION EXTENDING TIME TO ANSWER |
| SHAW CREATIONS, INC., | |
| Defendant. | |

It is hereby stipulated and agreed by and between the attorney(s) for plaintiff Sunny Company, Law Offices of Bernard D'Orazio, P.C., and the attorneys for defendant Shaw Creations, Ronald J. Wronko, LLC., that the time within which said defendant may serve and file an answer to the Complaint is hereby extended for a period of twenty (20) days until December 4, 2007.

Defendant hereby waives the defenses of lack of personal jurisdiction,

insufficiency of process, and any other defenses concerning personal jurisdiction and venue and hereby consents to the jurisdiction of this Court in this matter.

LAW OFFICES OF BERNARD D'ORAZIO, P.C.      RONALD J. WRONKO, LLC

_____            _____
Bernard D'Orazio                           Ronald J. Wronko
Dated: 11/29/2007                          Dated: