Ronald J. Wronko (RW1859)
RONALD J. WRONKO, LLC
96 Park Street
Montclair, New Jersey 07042
(973) 509-0050
Attorneys for defendant
Shaw Creations, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUNNY COMPANY, | Civil Action No. 07 Civ. 9360 |
| Plaintiff, | CIVIL ACTION |
| v. | **APPEARANCE** |
| SHAW CREATIONS, INC., | |
| Defendant. | |

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for: Defendant Shaw Creations.

I certify that I am admitted to practice in this court.

Dated:   Montclair, New Jersey
December 4, 2007

By: _____
Ronald J. Wronko (RW-1859)
RONALD J. WRONKO, LLC
96 Park Street
Montclair, NJ 07042
(973) 509-0050
(973) 509-2003 (facsimile)
Attorney for Defendant