Bernard D'Orazio (BD2494)
Bernard D'Orazio, P.C.
100 Lafayette Street-Suite 601
New York, New York 10013-4400
(212) 608-5300
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

SUNNY COMPANY,

        Plaintiff,

-against-

SHAW CREATIONS, INC.,

        Defendant.
_____

**REPLY TO COUNTERCLAIM**

Civil Action No. 07 Civ. 9360

    Plaintiff, as and for its Reply to Defendant's Counterclaims, responds that:

1. Admits the allegations in Paragraph 1.

2. Denies the allegations in Paragraph 2 except admits that Everglory Company is a business corporation and existing under the laws of the People's Republic of China and maintains its principal place of business in Hong Kong, China.

3. Admits the allegations in Paragraph 3.

4. Admits the allegations in Paragraph 4.

5. Denies the allegations in Paragraph 5.

6. Admits the claims in Paragraph 6.

7. Denies the allegations in Paragraph 7.

8. Denies the allegations in Paragraph 8.

9.     Denies the allegations in Paragraph 9.

10.    Denies the allegations in Paragraph 10.

11.    Denies the allegations in Paragraph 11.

12.    Denies the allegations in Paragraph 12.

## COUNT ONE

13.    Plaintiff repeats and incorporates his responses to the allegations of paragraphs 1 through 12 of the Reply as if set forth fully herein.

14.    Denies the allegations in Paragraph 14.

15.    Denies the allegations in Paragraph 15.

16.    Denies the allegations in Paragraph 16.

## AFFIRMATIVE DEFENSES

17.    Defendant fails to state a claim for which relief may be granted under 17 U.S.C. § 101 because Defendant fails to allege (1) which specific original work(s) are the subject of the copyright claim; (2) that the defendant owns the copyright(s) in these work(s); (3) that the copyrights in question have been registered in compliance with the statute; and (4) by what acts and during what time defendant has infringed the copyright.

18.    Defendant is not the owner of the alleged copyrighted material.

WHEREFORE, Sunny Company demands judgment against Shaw Creations for $640,823.86, plus interest, attorney's fees, the costs and disbursements of this action, and such other and further relief as the Court deems just and proper.

Date:    New York, New York
         December 21, 2007

                        LAW OFFICES OF
                        BERNARD D'ORAZIO, P.C.

                              s/Bernard D'Orazio
                      By:_____
                        Bernard D'Orazio (BD2494)
                        Attorneys for Plaintiff
                        100 Lafayette Street-Suite 601
                        New York, New York 10013-4400
                        (212) 608-5300