Ronald J. Wronko (RW1859)
RONALD J. WRONKO, LLC
134 Columbia Turnpike
Florham Park, New Jersey 07932
(973) 360-1001
Attorneys for defendant
Shaw Creations, Inc.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVERGLORY COMPANY, | Civil Action No. 07 Civ. 9361 |
|  | Civil Action No. 07 Civ. 9360 |
| Plaintiff, | |
|  | CIVIL ACTION |
| v. | |
|  | NOTICE OF MOTION OF DEFENDANT'S |
| SHAW CREATIONS, INC., | COUNSEL, RONALD J. WRONKO, LLC, TO |
|  | WITHDRAW AS COUNSEL FOR |
| Defendant. | DEFENDANT SHAW CREATIONS, INC. |
| | |
| SUNNY COMPANY, | |
| Plaintiff, | |
| v. | |
| SHAW CREATIONS, INC., | |
| Defendant. | |

TO:    Bernard D'Orazio, Esq.
        Law Offices of Bernard D'Orazio, P.C.
        100 Lafayette Street, Suite 601
        New York, New York 10013-4400
        Counsel for Defendant

        Ronald Rankin, President
        Defendant Shaw Creations

    65 Clyde Road
    Somerset, New Jersey

COUNSEL:

PLEASE TAKE NOTICE that on July _____, 2008, or as soon thereafter as counsel may be heard, counsel for defendant Shaw Creations, shall move before the United States District Court Southern District of New York , for an order permitting counsel to withdraw from its representation of defendant;

PLEASE TAKE FURTHER NOTICE that the defendant shall rely upon the Affidavit of Ronald J. Wronko, Memorandum of Law, and proposed form of Order submitted herewith;

PLEASE TAKE FURTHER NOTICE THAT the defendant requests oral argument if the motion is opposed.

PLEASE TAKE FURTHER NOTICE THAT a trial or arbitration date has not yet been assigned.

                Respectfully Submitted,

                RONALD J. WRONKO, LLC
                Attorneys for defendant


                /s/ Ronald J. Wronko
                Ronald J. Wronko

Dated: July 7, 2008