Ronald J. Wronko (RW1859)
RONALD J. WRONKO, LLC
134 Columbia Turnpike
Florham Park, New Jersey 07932
(973) 360-1001
Attorneys for defendant
Shaw Creations, Inc.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVERGLORY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SHAW CREATIONS, INC.,<br><br>Defendant. | Civil Action No. 07 Civ. 9361<br>Civil Action No. 07 Civ. 9360<br><br>CIVIL ACTION<br><br>AFFIDAVIT OF RONALD J. WRONKO |
| SUNNY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SHAW CREATIONS, INC.,<br><br>Defendant. | |

STATE OF NEW JERSEY    )
                       ) ss:
COUNTY OF MORRIS       )

    I, RONALD J. WRONKO, ESQ., an attorney at law of the State of New York and State of New Jersey and of full age duly certify as follows:

1. I am an attorney at law of the State of New Jersey and the State of New York and counsel for defendant Shaw Creations, Inc. I make this certification in support of my application to withdraw as counsel for defendant Shaw Creations, Inc.

2. The assets of Shaw Creations, Inc., are presently being liquidated by a secured creditor. The secured creditor is not operating Shaw Creations and has permitted the company to make its own decision regarding whether to defend the action.

3. As the company is in a voluntary liquidation, the company does not have the resources to pay me. I have not been paid on this matter and will not be paid on this matter.

4. Ronald Rankin, president of Shaw Creations, has informed me that the company does not intend to defend the action or continue prosecuting its counterclaim.

5. As I am a solo practitioner, it would be unduly burdensome financially for me to represent a company pro bono, especially when there is no likelihood of me ever being paid on this matter. It is my understanding that Shaw Creations will soon be defunct as a result of the liquidation.

6. Accordingly, I respectfully request that the Court permit me to withdraw as counsel for Shaw Creations.

7. Annexed hereto as Exhibits A and B are true and correct copies of the unreported decisions cited in the supporting memorandum of law.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
Ronald J. Wronko, Esq.

Sworn and subscribed to before me this 7th day of July, 2007

_____
Notary Public

MELISSA M. CASTRO
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 9-20-09