Ronald J. Wronko (RW1859)
RONALD J. WRONKO, LLC
134 Columbia Turnpike
Florham Park, New Jersey 07932
(973) 360-1001
Attorneys for defendant
Shaw Creations, Inc.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVERGLORY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SHAW CREATIONS, INC.,<br><br>Defendant. | Civil Action No. 07 Civ. 9361<br>Civil Action No. 07 Civ. 9360<br><br>CIVIL ACTION<br><br>ORDER GRANTING WITHDRAWAL OF DEFENDANT'S COUNSEL |
| SUNNY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SHAW CREATIONS, INC.,<br><br>Defendant. | |

THIS MATTER having been opened to the Court by motion for leave to withdraw as counsel, by RONALD J. WRONKO LLC, attorneys for defendant in Everglory Company v. Shaw Cretaions, Inc. and Sunny Company v. Shaw Creations, Inc.; and plaintiff in both actions appearing through its counsel Bernard D'Orazio, Esq.,

and the court having read and considered the declarations and other papers filed herein, if any, and having heard and considered the arguments of the parties and for good cause shown;

On this ____ day of July 2008,

IT IS HEREBY ORDERED THAT:

1. Defendant's counsel's motion to withdraw as counsel for defendant in this consolidated matter is hereby granted;

2. As defendant cannot proceed pro se, defendant shall have ___ days to obtain substitute counsel. If no substitute counsel enters an appearance in such time, defendant shall be held in default.

3. Defendant's former counsel shall serve a copy of this Order on the plaintiffs and defendant within ___ days of its entry.

_____
Hon.

[ ] opposed

[ ] unopposed