Ronald J. Wronko (RW1859)
RONALD J. WRONKO, LLC
134 Columbia Turnpike
Florham Park, New Jersey 07932
(973) 360-1001
Attorneys for defendant
Shaw Creations, Inc.

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVERGLORY COMPANY, | Civil Action No. 07 Civ. 9361 |
| Plaintiff, | Civil Action No. 07 Civ. 9360 |
| v. | CIVIL ACTION |
| SHAW CREATIONS, INC., | **CONSENT ORDER** |
| Defendant. | |
| SUNNY COMPANY, | |
| Plaintiff, | |
| v. | |
| SHAW CREATIONS, INC., | |
| Defendant. | |



THIS MATTER having been opened to the Court on consent by Ronald J. Wronko, LLC, attorney for defendant, Law Offices of Bernard D'Orazio, P.C., attorneys for plaintiff, and the Court upon good cause shown:

On this ____ day of August 2008,

IT IS HEREBY ORDERED THAT:

1. Defendant hereby abandons its defense and counterclaim in this matter. Defendant's answer and counterclaim in both actions are deemed withdrawn with prejudice. *RW*

2. Plaintiff's declaration in opposition to defendant's counsel's motion to withdraw is hereby withdrawn. The clerk of the court shall remove same from the electronic filing system.

3. Defendant shall serve a copy of this Order on all parties within 7 days of its entry. *JFK*

September 2, 2008

Hon. JOHN F. KEENAN
U.S.D.J.

IT IS HEREBY STIPULATED AND AGREED:

BERNARD D. ORAZIO, P.C.          RONALD J. WRONKO, LLC

Attorney for plaintiff            Attorney for defendant

Bernard D. Orazio                 Ronald J. Wronko
Dated: August 27, 2008            Dated:

2